IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Equal Employment Opportunity Commission, | |
| Plaintiff, | Civil Action No. 15-cv-00256 |
| v. | Hon. Mark R. Hornak |
| FedEx Ground Package System, Inc. | |
| Defendant. | |

**ORDER MODIFYING AMENDED CMO AND DISCOVERY PLAN**

This __6TH__ day of __March__, 2020, based upon the parties' request at ECF __#365__ to modify the Amended Case Management Order and Phase II Discovery Plan (ECF 301, as amended by ECF 341) currently in effect in this matter, it is hereby Ordered that the parties' request is granted and the CMO shall be modified as follows:

1. Deadline at Paragraph 4(c): April 30, 2020

2. Deadline at Paragraph 6(b)(i): May 15, 2020

It is further Ordered that the stay of the deadline for EEOC to file any motion challenging FedEx Ground's privilege designations is extended to March 31, 2020. On that date, the parties shall file a status report either requesting a continuation of the stay of a briefing schedule on EEOC's motion.

_____
The Honorable Mark R. Hornak
United States District Judge