IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>Plaintiff,<br><br>v.<br><br>FedEx Ground Package System, Inc.<br><br>Defendant. | Civil Action No. 15-cv-00256<br><br>Hon. Mark R. Hornak |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

Pursuant to the Court's April 16 Order (ECF 373), Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant FedEx Ground Package System, Inc. ("FedEx Ground") hereby submit this status report and jointly request that the Court enter an order continuing the previously-issued stay in this matter (which expires on May 1, 2020) until May 15, 2020. The parties request this continuation so that they can continue their efforts to resolve the claims. In support of this motion, the parties state as follows:

1. As previewed in their February 28, 2020 Status Report (ECF 365), the parties conducted a full-day mediation session with Judge Morton Denlow (Ret.) at JAMS on March 19, 2020.

2. The parties conducted a second mediation session on April 14, 2020. In advance of the second session, the Court issued an order staying deadlines in the case until April 15, 2020 and ordered the parties to file a status report by that date either (a) requesting continuation of the stay, or (b) proposing a deadline for submission of a revised Case Management Order. (ECF 371.)

3. The parties conducted a third mediation session on April 28, 2020.

4. In order to allow the parties to continue their efforts to resolve the claims, the parties request that the Court continue the stay in this case and vacate any currently-pending deadlines between now and May 15, 2020.

5. The parties further propose that the Court order the parties to submit a status report on May 15, 2020, in which they may either seek to extend the stay if appropriate or propose a deadline for submitting a revised Case Management Order with new dates for any deadlines that have been vacated or are otherwise affected as a result of the stay.

6. A proposed order to this effect is attached for the Court's consideration.

Dated: May 1, 2020

| On Behalf of Plaintiff: | On Behalf of Defendant: |
|---|---|
| s/ Thomas D. Rethage, Jr. (with permission) | s/ Rebecca Weinstein Bacon |
| Thomas D. Rethage, Jr. | Rebecca Weinstein Bacon |
| EEOC, Philadelphia District Office | Bartlit Beck LLP |
| 801 Market Street, Suite 1300 | 54 W. Hubbard Street |
| Philadelphia, PA 19107-3127 | Chicago, IL 60654 |
| Phone: (215) 440-2683 | Phone: (312) 494-4400 |
| thomas.rethage@eeoc.gov | rweinstein.bacon@bartlitbeck.com |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on May 1, 2020, I electronically filed the foregoing Joint Satus Report and Motion to Continue Stay via the court's electronic case filing system, which caused a copy to be served upon:

| | |
|---|---|
| John S. Brubaker<br>EEOC<br>john.brubaker@eeoc.gov | Christine T. Elzer<br>Elzer Law Firm, LLC<br>celzer@elzerlaw.com |
| Debra M. Lawrence<br>EEOC<br>debra.lawrence@eeoc.gov | Matthew W. Dietz<br>Disability Independence Group, Inc.<br>Mdietz@justdigit.org |
| Aimee L. McFerren<br>EEOC<br>aimee.mcferren@eeoc.gov | Gabrielle Klepper<br>Spielberger Law Group<br>gabrielle.klepper@speilbergerlawgroup.com |
| Maria L. Morocco<br>EEOC<br>maria.morocco@eeoc.gov | *Counsel for Intervenors* |
| Markus L. Penzel<br>EEOC<br>markus.penzel@eeoc.gov | |
| Thomas Rethage<br>EEOC<br>thomas.rethage@eeoc.gov | |
| Joshua Zugerman<br>EEOC<br>joshua.zugerman@eeoc.gov | |
| *Counsel for Plaintiff* | |

                  /s/ Rebecca Weinstein-Bacon