IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Equal Employment Opportunity Commission ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 15-cv-00256 |
| v. ) | |
| ) | Hon. Mark R. Hornak |
| FedEx Ground Package System, Inc. ) | |
| ) | |
| Defendant. ) | |

NOTICE OF RESOLUTION AND JOINT REQUEST FOR ENTRY OF CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant FedEx Ground Package System, Inc. have agreed to terms for voluntary resolution of EEOC's claims through their negotiated Consent Decree ("Decree"). The Parties' terms for resolution are embodied in the Decree and its exhibits, an executed version of which is attached hereto as Exhibit A.  The Parties jointly move the Court to adopt and enter the Decree for the reasons stated therein.  EEOC's Complaint and Supplemental Complaint in this matter may be dismissed upon entry of the Decree pursuant to its terms.

Respectfully Submitted:

FOR U.S. EQUAL EMPLOYMENT                FOR FEDEX GROUND PACKAGE
OPPORTUNITY COMMISSION                   PACKAGE SYSTEM, INC.

| | |
|---|---|
| Sharon Fast Gustafson<br>General Counsel<br><br>Gwendolyn Reams<br>Associate General Counsel<br><br>*s/ Debra M. Lawrence*<br>Debra M. Lawrence<br>Regional Attorney | *s/ Joseph Milcoff* (w/consent)<br>Joseph Milcoff<br>Vice President of Litigation and Risk<br>FedEx Ground Package System, Inc.<br>1000 FedEx Drive<br>Moon Township, PA 15108<br>(412) 304-9762<br>joseph.milcoff@fedex.com |

| | |
|---|---|
| *s/ Maria L. Morocco*<br>Maria L. Morocco<br>Supervisory Trial Attorney<br><br>*s/ Thomas D. Rethage*<br>Thomas D. Rethage<br>Senior Trial Attorney<br>Philadelphia District Office<br>801 Market St., Suite 1300<br>Philadelphia, PA 19107<br>267.589.9756<br>thomas.rethage@eeoc.gov | *s/ Rebecca Weinstein Bacon* (w/consent)<br>Rebecca Weinstein Bacon<br>Bartlit Beck LLP<br>Courthouse Place<br>54 W. Hubbard Street<br>Chicago, IL 60654<br>(312) 494-4400<br>rweinstein.bacon@bartlitbeck.com<br><br>*/s Terrence H. Murphy* (w/consent)<br>Terrence H. Murphy<br>Littler Mendelson P.C.<br>EQT Plaza<br>625 Liberty Avenue, 26th Floor<br>Pittsburgh, PA 15222<br>(412) 201-7600<br>tmurphy@littler.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2020, I electronically filed the foregoing Notice of Resolution and Joint Motion for Entry of Consent Decree, with Exhibit, via the Court's electronic case filing system, which caused a copy to be served upon all registered users, including:

Rebecca Weinstein Bacon
Bartlit Beck LLP
rweinstein.bacon@bartlitbeck.com

Daniel R. McElroy
Bartlit Beck LLP
daniel.mcelory@bartlitbeck.com

Sean Grimsley
Bartlit Beck LLP
sean.grimsley@bartlitbeck.com

Sundeep Addy
Bartlit Beck LLP
rob.addy@bartlitbeck.com

William Gohl
Bartlit Beck LLP
will.gohl@bartlitbeck.com

Terrence H. Murphy
Littler Mendelson, PC
tmurphy@littler.com

Paul D. Weiner
Littler Mendelson, PC
pweiner@littler.com

Arun Thomas
FedEx Ground
Arun.thomas@fedex.com

Gregory Monaco
FedEx Ground
Greg.monaco@fedex.com

William Whitman
FedEx Ground
William.whitman@fedex.com

*Counsel for Defendant*

Christine T. Elzer
Elzer Law Firm, LLC
celzer@elzerlaw.com

Matthew W. Dietz
Disability Independence Group, Inc.
Mdietz@justdigit.org

Gabrielle Klepper
Spielberger Law Group
Gabrielle.klepper@spielbergerlawgroup.com

*Counsel for Intervenors*

<u>*/s Thomas D. Rethage*</u>