UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

Case No.  2:15-cv-00256

Hon. Mark R. Hornak

## STIPULATION OF DISMISSAL

Intervenor Lourdes Deeb and Defendant FedEx Ground, by their undersigned counsel

and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of the Intervenor's

Complaint and Demand for Jury Trial (ECF 54) with prejudice.

Dated:  September 9, 2020

/s/ *Christine T. Elzer*

Matthew Dietz
mdietz@justdigit.org
Disability Independence Group, Inc.
2990 Southwest 35th Avenue
Miami, FL 33133
Phone:  (305) 669-2822

Christine T. Elzer
celzer@elzerlaw.com
Elzer Law Firm, LLC
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
Phone:  (412) 230-8436

Attorneys for Intervenor
*Lourdes Deeb*

/s/ *Rebecca Weinstein Bacon*

Rebecca Weinstein Bacon
rweinstein.bacon@bartlitbeck.com
Bartlit Beck LLP
54 W. Hubbard Street
Chicago, IL 60654
Phone:  (312) 494-4400

Terrence H. Murphy
tmurphy@littler.com
LITTLER MENDELSON, P.C.
625 Liberty Avenue
26th Floor
Pittsburgh, PA  15222-3110
Phone:  (412) 201-7600

Attorneys for Defendant
*FedEx Ground Package System, Inc.*

AND NOW, this 9th
day of September , 20 20
IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE